IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| FELICIA FORTUNE, INDIVIDUALLY, AND FORTUNE GLOBAL ENTERPRISE, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> MICHAEL CIBRAN AND YOUR KIDS URGENT CARE ALABAMA, LLC, <br><br> *Defendants.* | 2:23-cv-00318-ACA |

## MOTION TO FOR LEAVE TO
## FILE MOTIONS TO COMPEL

Plaintiffs Felicia Fortune and Fortune Global Enterprise, LLC, pursuant to the Scheduling Order entered on June 8, 2023 (Doc. 28), moves for leave to file the previously-filed Motions to Compel (Docs. 44 & 45) to compel the depositions of Defendants Michael Cibran and Your Kids Urgent Care Alabama, LLC ("YKUC") and Witness Rob Allee and to compel Discovery Responses from the Defendants. As grounds for this motion, Plaintiff states and shows the Court as follows:

1. On September 15, 2023, Defendants were served with Plaintiffs' Interrogatories, Requests for Production of Documents, and Requests for Admissions (all together "Discovery Requests") on Michael Cibran and Your Kids Urgent Care Alabama, LLC via email.

2. The discovery responses were originally due October 16, 2023.

3. On October 13, 2023, Defendants' prior counsel and Plaintiffs agreed to permit Defendants an additional two weeks' to respond to Plaintiffs' Discovery Requests, setting the new deadline to be October 30, 2023.

4. On October 30, 2023, Defendants sent their responses to Plaintiffs' Discovery Requests and objected to almost every point of Plaintiffs' Interrogatories, Requests for Production of Documents, and Requests for Admissions.

5. On November 10, 2023, Plaintiffs requested supplementation, via email, for every Discovery Request that was inadequately answered. (attached hereto as Exhibit E). Plaintiff provided substantiation for why it was entitled to substantive responses and production for each and every request.

6. This supplementation request gave ten business days, until November 27, 2023, to supplement Plaintiffs' Discovery Requests.

7. Also on November 10, 2023, Plaintiffs noticed the depositions of Defendants Cibran and the Rule 30(b)(6) rep of YKUC. Plaintiffs also noticed the deposition of Rob Allee, an employee of YKUC identified by Defendants as having knowledge of the case whom Defendants also identified could be contacted through Defendants' counsel.

8. In each of the three notices, Plaintiffs stated, "If, for whatever reason, the above date or location is not suitable, please contact, as soon as possible, undersigned counsel," and my contact information was included.

9. On November 17, 2023, Defendants sent Plaintiffs a letter claiming that much of Plaintiffs' Discovery Requests sought "confidential information or documents that, although potentially discoverable, should be produced only with the benefit of a protective order."

10. While there was not a specific objection to the noticed deposition dates, the Defendants stated, "We disagree that it would be appropriate to conduct depositions on the dates you have noticed." Alternative dates for depositions or the looming December 29, 2023, discovery deadline were not addressed in the letter.

11. In addition to the Notices of Deposition, Plaintiffs included Rule 30(b)(2) requests for documents that, five business days prior to the deposition date, the following documents be provided:

    a. "Documents responsive [to] Plaintiffs' discovery requests,

    b. "Originals of any electronic documents produced in discovery, and

    c. "Any documents for which Defendants intend to rely on at trial that may be admitted through this witness."

12. This document production was due on November 28, 2023, for Defendants Cibran and YKUC and on November 29, 2023, for Witness Allee.

13. Neither of the Defendants nor Allee provided any documents by these deadlines or since.

14. While Defendants have filed an untimely Motion to Amend pleadings, they have not otherwise filed for a protective order or extension of deadlines in this case.

15. The discovery deadline in this case is December 29, 2023.

16. Today, December 4, 2023, Defendants' counsel notified Plaintiffs that neither of the Defendants would be available to sit for deposition tomorrow, December 5, 2023.

17. Plaintiffs object to extending deadlines, as Plaintiffs have already waited over a year for the money that they are rightly owed, and further delays will serve to advantage Defendants at Plaintiffs' expense.

18. This matter is now ripe for a Motion pursuant to Rule 37.

19. Plaintiffs' Discovery Requests are relevant to the case, within the scope of Rule 26, and it likely to lead to the discovery of admissible evidence.

20. Defendants' responses are evasive and incomplete, and their objections are categorical and nonresponsive.

21. To date, Plaintiffs' Discovery Requests have yet to be supplemented and Plaintiffs ability to conduct discovery has been prejudiced by Defendants' failure to properly respond to Plaintiffs' Discovery Requests.

22. The depositions of the Defendants and Allee were properly noticed with more than sufficient time for the Defendants to object, if they had an objection.

23. Further, Plaintiffs clearly noticed that if the time or location was "not suitable" that they would be willing to reschedule or relocate. No such accommodation was requested.

24. Pursuant to Rule 37(a), Plaintiffs have in good faith conferred or attempted to confer with the Defendants to make disclosure or discovery in an effort to obtain it without court action.

25. Pursuant to Rule 37(d)(1)(B), Plaintiffs have in good faith conferred or attempted to confer with the Defendants in an effort to obtain the answer or response without court action.

For the above reasons, Plaintiffs request this Court grant leave for Plaintiffs to file the the Motions to Compel identified as Docs. 44 and 45.


Respectfully Submitted,
*/s/      **Joseph E. "Tripp" Watson***
Joseph E. "Tripp" Watson
tripp@watson-firm.com

*/s/      **James "JD" Dickerson***
James "JD" Dickerson
JD@watson-firm.com

Attorneys for Plaintiffs Felicia Fortune and Fortune Global Enterprise, LLC

*Of Counsel*
The Watson Firm
2007 3rd Avenue North
Birmingham, Alabama 35203
205.545.7278
contact@watson-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing on counsel for the Defendants below via notice through electronic filing today, December 4, 2023.

R. Thomas Warburton
W. Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue N.
Birmingham, AL 35203-2119
Phone: (205) 521-8000
twarburton@bradley.com
clamar@bradley.com

*Counsel for Michael Cibran and Your Kids Urgent Care Alabama, LLC*

/s/ **Joseph E. "Tripp" Watson**

/s/ **James "JD" Dickerson**