FILED

2023 Dec-08  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **FELICIA FORTUNE, AND FORTUNE GLOBAL ENTERPRISE, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**MICHAEL CIBRAN AND YOUR KIDS URGENT CARE ALABAMA, LLC,**<br><br>*Defendants.* | **2:23-cv-00318-ACA** |

# JOINT STATUS REPORT

The Parties to the above action hereby file this Joint Status Report pursuant to this Court's Scheduling Order. (Doc. 28).

## 1.   Nature of the Case

Plaintiffs Felicia Fortune and Fortune Global Enterprises, LLC seek to recover from Defendants Michael Cibran and Your Kids Urgent Care Alabama, LLC money Plaintiffs are owed pursuant to an Urgent Care Specialist Independent Contractors Agreement signed between the Parties. Plaintiffs allege that they were not paid pursuant to the Agreement and are owed monthly retainer fees through the termination period, royalties for the entirety of the contract period, commissions on

COVID clinics and franchise fees, repayment of a loan, and other unreimbursed expenses, late fees, and attorney's fees. Defendants dispute these allegations.

Defendants Michael Cibran and Your Kids Urgent Care Alabama, LLC ("YKUC") deny that Plaintiffs, under their remaining claims or otherwise, are entitled to any relief against Defendants. As of the date of this Joint Status Report, YKUC seeks to recover from Felecia Fortune and Fortune Global Enterprise, LLC for breach of contract, tortious interference, and defamation. (*See* Doc. 31). Cibran and YKUC intend to file their Amended Answer and Counterclaim Complaint, within which YKUC clarifies its existing counterclaims and brings new or additional counterclaims against Felicia Fortune, Fortune Global Enterprise, LLC, Derrol Dawkins, KidsXpress Management LLC, and KidsXpress Urgent Care Lakeshore LLC, for misappropriations of trade secrets, contractual violations, and various state-law torts. YKUC anticipates that the counterclaim defendants will dispute these allegations.

## 2.   Procedural History

The case was originally filed in the Circuit Court for Jefferson County, Alabama. It was then timely removed to the United States District Court for the Northern District of Alabama.

Plaintiffs filed an Amended Complaint on April 7, 2023. (Doc. 16). Defendants filed an Answer and Counterclaim Complaint. (Doc. 31). On December 6, 2023, the Court granted Defendants' Motion for Leave to File Amended Answer and Counterclaim Complaint and for Joinder of Parties. (Doc. 49). The Court has

ordered Defendants to file the amended pleading on or before December 11, 2023. (*Id.*).

## 3.   Mediation

The Parties do not object to mediation.

## 4.   Status of Discovery

Plaintiffs have served written interrogatories, requests for production of documents, and requests for admissions to the Defendants. Defendants have responded to those requests, and Plaintiffs have requested supplementation. Plaintiffs have also noticed the depositions of the Defendants, but those depositions have not yet occurred. Those responses and depositions are currently the subject of Plaintiff's Motions to Compel (Docs. 44-46).

Defendants have served written requests for interrogatories, requests for production of documents, and requests for admission to the Plaintiffs. Plaintiffs have responded to those requests, and Defendants have requested supplementation. Plaintiffs have supplemented, and Defendants have not noticed any ongoing deficiencies at this time. Defendants have not noticed the depositions of the Plaintiffs.

No Party has conducted third-party discovery, which will be necessary to support or refute the allegations in the pleadings.

## 5.    Current or Anticipated Problems

On December 6, 2023, the Court granted Defendants' Motion to Amend Pleadings. The current discovery deadline is December 29, 2023. (*See* Doc. 28). The Parties respectfully submit that, in light of forthcoming amendments to operative pleadings and the addition of other parties as counterclaim defendants, the discovery period will need to be extended. The Parties intend to move for amendment to the Scheduling Order.

Defendants' Amended Answer and Counterclaim Complaint raises allegations against existing and additional parties related to misappropriations of trade secrets, contractual violations, and state-law torts. (*See* Doc. 40-1). Some of the conduct alleged in that pleading occurred after the filing of Plaintiffs' Amended Complaint. (*See* Doc. 16). Plaintiffs would also like leave to amend their Complaint regarding these new factual allegations.

Respectfully Submitted,

*/s/    Joseph E. "Tripp" Watson*
Joseph E. "Tripp" Watson
tripp@watson-firm.com

*/s/    James "JD" Dickerson*
James "JD" Dickerson
JD@watson-firm.com

*Attorneys for Plaintiffs Felicia Fortune and Fortune Global Enterprise, LLC*

_/s/ W. Chadwick Lamar, Jr._
W. Chadwick Lamar, Jr.
Bradley Arant Boult Cummings LLP
1819 5th Avenue N.
Birmingham, AL 35203-2119
Phone: (205) 521-8000
clamar@bradley.com

*Counsel for Michael Cibran and Your Kids*
*Urgent Care Alabama, LLC*